RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEP 1 5 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 1:20cr139-WKW-SRW
)  [18 U.S.C. § 922(g)(1)]
MARQUIS ANTONIO KEEAUN SCOTT )
) INDICTMENT

The Grand Jury charges:

COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about November 4, 2015, in Coffee County, within the Middle District of Alabama, the defendant,

MARQUIS ANTONIO KEEAUN SCOTT,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit: a Taurus, Model 24/7 9mm Caliber pistol, a Norinco, 9mm pistol, a Rhom, model R623, .22 caliber revolver better descriptions of which are unknown, and live ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2
(Possession of a Firearm by a Convicted Felon)

On or about November 4, 2015, in Coffee County, within the Middle District of Alabama, the defendant,

MARQUIS ANTONIO KEEAUN SCOTT,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Mitchel Arms, model AK 22, .22

caliber rifle, better descriptions of which are unknown, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 3
(Possession of a Firearm by a Convicted Felon)

On or about November 19, 2015, in Coffee County, within the Middle District of Alabama, the defendant,

**MARQUIS ANTONIO KEEAUN SCOTT,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit: a Ruger, model 22/45 MKIII Hunter, .22 caliber pistol, a Ruger, model 17 HMR Single Six Revolver, a Taurus, model PT 24/7 Pro, 9mm pistol, an Izmash, model Sagia, 7.62x39 caliber rifle, better descriptions of which are unknown, and live ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 4
(Possession of a Firearm by a Convicted Felon)

On or about November 25, 2015, in Coffee County, within the Middle District of Alabama, the defendant,

**MARQUIS ANTONIO KEEAUN SCOTT,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit: a Smith & Wesson, model 36, .38 caliber revolver, and a Beistegui Brother-Libia, .38 caliber revolver, better descriptions of which are unknown, and live ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 5
(Possession of a Firearm by a Convicted Felon)

On or about January 6, 2016, in Coffee County, within the Middle District of Alabama, the defendant,

MARQUIS ANTONIO KEEAUN SCOTT,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit: an Excam, model GT27, .25 caliber pistol, and a Jimenez Arms, model JA 380, .380 caliber pistol, better descriptions of which are unknown, and live ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION

A. The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1), set forth in Counts 1 through 5 of this Indictment, the defendant,

MARQUIS ANTONIO KEEAUN SCOTT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1). The property includes, but is not limited to: a Taurus, Model 24/7 9mm Caliber pistol, a Norinco, 9mm pistol, a Rhom, model R623, .22 caliber revolver, a Mitchel Arms, model AK 22, .22 caliber rifle,

a Ruger, model 22/45 MKIII Hunter, .22 caliber pistol, a Ruger, model 17 HMR Single Six Revolver, a Taurus, model PT 24/7 Pro, 9mm pistol, an Izmash, model Sagia, 7.62x39 caliber rifle, a Smith & Wesson, model 36, .38 caliber revolver, a Beistegui Brother-Libia, .38 caliber revolver, an Excam, model GT27, .25 caliber pistol, a Jimenez Arms, model JA 380, .380 caliber pistol, and miscellaneous ammunition.

      C.     If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

/s/ Foreperson

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Eric M. Counts
Assistant United States Attorney

Verne H. Speirs
Assistant United States Attorney