IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-CR-139-WKW |
| | ) | |
| MARQUIS ANTONIO KEEUAN SCOTT | ) ) | |

**ORDER**

Before the court is Defendant's motion to dismiss the indictment pursuant to the Speedy Trial Clause of the Sixth Amendment of the United States Constitution. (Doc. # 20.) The Magistrate Judge has entered a recommendation, (Doc. # 37), recommending that the motion be granted and that the indictment be dismissed without prejudice. No timely objections have been filed.

After an independent review of the record and on consideration of the recommendation, it is ORDERED that the recommendation (Doc. # 37) is ADOPTED, Defendant's motion to dismiss (Doc. # 20) is GRANTED, and the indictment (Doc. # 1) is DISMISSED without prejudice. For the same reasons, it is FURTHER ORDERED that the information filed on April 25, 2022 (Doc. # 35), is DISMISSED. The Government's motion to strike (Doc. # 38) is DENIED as moot.

DONE this 10th day of May, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE